B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re: LWL Management, LLC  
Debtor(s)

Case No. 09-45792  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Frost National Bank<br>P.O. Box 2570<br>San Antonio, TX 78299 | Michael J. Quilling<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street<br>Dallas, TX 75201<br>Phone: 214-880-1801<br>Email: mquilling@qsclpc.com | Bank Loan (Partly/Wholly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 18,538,456.80 |
| FCC Equipment Financing<br>P.O. Box 905010<br>Charlotte, NC 28296-5010 | Gary L. Young, VP Credit<br>FCC Equipment Financing<br>Suite 2100<br>12740 Gran Bay Parkway West<br>Jacksonville, FL 32258<br>Phone: 904-636-6450<br>Email: garyyoung@fccef.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 17,592,873.54 |
| S/L Financial Service Corp.<br>251 Riverside Avenue<br>Westport, CT 06888 | Roger Every, Portfolio Manager<br>S/L Financial Service Corp.<br>251 Riverside Avenue<br>Westport, CT 06888<br>Phone: 203-227-5225, Ext. 18<br>Email: rogerevery@slfinancial.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 12,815,746.09 |
| Wachovia (Wells Fargo)<br>File No. 55603<br>Los Angeles, CA 90074-5603 | Lawrence Chek<br>Hunton & Williams LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Phone: 214-468-3313<br>Email: lchek@hunton.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 8,284,883.55 |
| Key Equipment Finance<br>P.O. Box 74713<br>Cleveland, OH 44194-0796 | Leslie M. Luttrell<br>Morgan & Luttrell, L.L.P.<br>Travis Park Plaza, Suite 210<br>711 Navarro Street<br>San Antonio, TX 78205<br>210-224-5399 | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 6,846,338.70 |

In re   LWL Management, LLC                                            Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Bank of Texas<br>6071 Sherry Lane<br>Dallas, TX 75225 | American Bank of Texas<br>6071 Sherry Lane<br>Dallas, TX 75225 | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 4,664,359.46 |
| Fifth Third Bank Equipment Finance<br>MD 10904A<br>38 Fountain Square Plaza<br>Cincinnati, OH 45202 | Renee Hittner<br>Fifth Third Bank Equipment Finance<br>MD: 10904A<br>38 Fountain Square Plaza<br>Cincinnati, OH 45202<br>Phone: 513-534-7357<br>Email: renee.hittner@53.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 4,633,333.81 |
| People's Capital & Leasing Corp.<br>c/o Jeffrey G. Hamilton<br>Jackson Walker LLP<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Jeffrey G. Hamilton<br>People's Capital & Leasing Corp.<br>Jackson Walker LLP<br>901 Main Street, Suite 600<br>Dallas, TX 75202<br>Phone: 214-953-6034<br>Email: jhamilton@jw.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 3,718,286.30 |
| GE Capital<br>P.O. Box 676010<br>Dallas, TX 75267-6010 | Elizabeth K. Hameline<br>GE Capital<br>Senior Risk and Litigation Counsel<br>300 E. Carpenter Freeway, Suite 5005<br>Irving, TX 75062<br>Phone: 469-586-2055<br>Email: elizabethhameline@ge.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 3,135,266.41 |
| National City (now part of PNC)<br>LOC #46-04-161<br>116 Allegheny Center<br>Pittsburgh, PA 15212 | Quentin Szymansky<br>National City (now part of PNC)<br>LOC #46-04-161<br>116 Allegheny Center<br>Pittsburgh, PA 15212<br>Phone: 412-442-0495<br>Email: quentin.szymansky@nationalcity.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 2,769,749.85 |
| Zions Credit Corporation<br>One South Main Street, 5th Floor<br>Salt Lake City, UT 84133 | Keely Bradshaw<br>Zions Credit Corporation<br>One South Main Street, 5th Floor<br>Salt Lake City, UT 84133<br>Phone: 801-844-7012<br>Email: keely.bradshaw@zionbank.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 2,277,240.95 |
| Southern Community Bank<br>1601 Bryan Street<br>Dallas, TX 75201 | Southern Community Bank<br>1601 Bryan Street<br>Dallas, TX 75201 | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 2,205,637.21 |

In re  LWL Management, LLC                                    Case No.  _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Regions<br>1111 W. Mockingbird Lane, 12th Floor<br>Dallas, TX 75247 | Ronald R. Fuqua<br>Senior Vice President Special Assets TX<br>Regions<br>1111 W. Mockingbird Lane, 12th Floor<br>Dallas, TX 75247<br>Phone: 214-678-3903<br>Email: ron.fuqua@regions.com | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 2,055,684.68 |
| Jake's Crane Rigging<br>6109 Dean Martin Drive<br>Las Vegas, NV 89118 | Jake's Crane Rigging<br>6109 Dean Martin Drive<br>Las Vegas, NV 89118 | Debtor reserves its right to contest all alleged security interests. | | 1,383,053.57 |
| Sierra Equipment<br>206 Rolling Desert<br>Henderson, NV 89012 | Sierra Equipment<br>8505 NW 29th Street<br>Miami, FL 33122 | Debtor reserves its right to contest all alleged security interests. | | 483,121.02 |
| Center Capital<br>3 Farm Glen Boulevard<br>Farmington, CT 06032 | Gayle Garcia, Collections Supervisor<br>Center Capital<br>3 Farm Glen Boulevard<br>Farmington, CT 06032<br>860-409-2953 | Bank Loan (Partly Secured) NOTE: Debtor reserves its right to contest all alleged security interests. | | 282,223.58 |
| AFCO<br>Dept. 0809<br>P.O. Box 120001<br>Dallas, TX 75312-0809 | Robert J. Ratner<br>General Counsel and VP<br>AFCO Credit Corporation<br>110 Williams Street, 29th Floor<br>New York, NY 10038-3901 | | | 75,205.19 |
| Mesa Logistics, LLC<br>P.O. Box 671152<br>Dallas, TX 75230 | John Hansen<br>Mesa Logistics, LLC<br>P.O. Box 671152<br>Dallas, TX 75230<br>214-890-0921 | | | 71,750.00 |
| Aicco, Inc.<br>P.O. Box 200455<br>Dallas, TX 75320-0455 | Aicco, Inc.<br>P.O. Box 200455<br>Dallas, TX 75320-0455<br>877-615-4242 | | | 45,971.74 |
| Remote Dynamics, Inc.<br>P.O. Box 910143<br>Dallas, TX 75391-0143 | Remote Dynamics, Inc.<br>P.O. Box 910143<br>Dallas, TX 75391-0143<br>972-395-5579 | | | 31,837.11 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   LWL Management, LLC                                   Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 21, 2009             Signature  /s/ Kevin Messenger
                                                Kevin Messenger
                                                Chief Operating Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.