# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

LWL Management, LLC

Case No.: 09-45786

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: September 22, 2009

/s/ Kevin Messenger
Kevin Messenger/Chief Operating Officer
Signer/Title

Date: September 22, 2009

/s/ Davor Rukavina, Esq.
Signature of Attorney
Davor Rukavina, Esq. 24030781
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Dallas, TX 75201
214-855-7500   Fax: 214-978-5359

75-2797513
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

1st Class Tile Works
302 Parkview Drive
Arlington, TX 76010


AFCO
Dept. 0809
P.O. Box 120001
Dallas, TX 75312-0809


Aicco, Inc.
P.O. Box 200455
Dallas, TX 75320-0455


Alamo Rent A Car
P.O. Box 198154
Atlanta, GA 30384-8154


AMDA Commercial Cleaning Services, Inc.
3101 Esters Road
Irving, TX 75062


American Bank of Texas
6071 Sherry Lane
Dallas, TX 75225


Atmos Energy
P.O. Box 78108
Phoenix, AZ 85062-8108


B and D Binder and Indexes, Inc.
2621 S. Cooper
Arlington, TX 76015


Baker & Patterson, LLP
1004 Prairie
Suite 300
Houston, TX 77002

Builders Gypsum Supply
3220 Rock Island Road
Irving, TX 75060


Burford and Ryburn LLP
500 N. Akard
Suite 3100
Dallas, TX 75201


Capital Services, Inc.
926 J Street
Suite 919
Sacramento, CA 95814


Capitol Corporate Services
P.O. Box 1831
Austin, TX 78767


Center Capital
Attention: Gayle Garcia
Collections Supervisor
3 Farm Glen Boulevard
Farmington, CT 06032


Chicago Title Insurance Company
220 Wesway Pl.
Arlington, TX 76018


City Glass & Mirror, Inc.
233 S.E. 14th Street
Grand Prairie, TX 75051


City of Grand Prairie Water Utilities
P.O. Box 660814
Dallas, TX 75266-0814


Connect Systems
11127 Shady Trail
Dallas, TX 75229

Dallas Building Maintenance
2824 Valley View Lane
Suite 109
Dallas, TX 75234


Danny's Irrigation
133 McKeever Road
Palmer, TX 75152


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 90197


DFA/Ahern Rentals
1414 W. Bonanza
Las Vegas, NV 89106


Diversified Fire Protection, Inc.
5941 Midway Road
Haltom City, TX 76117


Elizabeth K. Hameline
Senior Risk and Litigation Counsel
GE Capital
300 E. Carpenter Freeway, Suite 5005
Irving, TX 75062


Fastenal Company
P.O. Box 1286
Winona, MN 55987


FCC Equipment Financing
Attention: Gary L. Young, VP Credit
Suite 2100
12740 Gran Bay Parkway West
Jacksonville, FL 32258


Fifth Third Bank Equipment Finance
c/o Renee Hittner
MD: 10904A
38 Fountain Square Plaza
Cincinnati, OH 45202

FreightQuote.com, Inc.
16025 W. 113th Street
Lenexa, KS 66219


Frost National Bank
P.O. Box 2570
San Antonio, TX 78299


GE Capital
P.O. Box 676010
Dallas, TX 75267-6010


GK Dallas
P.O. Box 2131
Coppell, TX 75019


Gordon G. Waggett
550 Westcott Street
Suite 350
Houston, TX 77007


Grainger
Dept. 827284654
Palatine, IL 60038


Independent Telephone Services, Inc.
6 Walter Martin Road NE
Fort Walton Beach, FL 32548


Integrated Engineering Solutions
114 E. Cedar Avenue
Crestview, FL 32536


Internal Revenue Service
P.O. box 21126
Philadelphia, PA 19114

Iron Mountain
P.O. Box 915004
Dallas, TX 75391-5004


Jake's Crane Rigging
6109 Dean Martin Drive
Las Vegas, NV 89118


Just Glass
P.O. Box 153227
Irving, TX 75015


Kelley Electric, Inc.
209 Whitestone Way
Weatherford, TX 76085


Kelley's Glass and mirror, Inc.
1220 Rock Island
Irving, TX 75060


Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796


Laquinta Corporation
P.O. Box 1508
San Antonio, TX 78295


Lasercopy
625 N. Great Southwest Parkway
Arlington, TX 76011


Lawrence Chek
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

Leslie M. Luttrell
Morgan & Luttrell, L.L.P.
Travis Park Plaza, Suite 210
711 Navarro Street
San Antonio, TX 78205

Littler mendelson
P.O. Box 45547
San Francisco, CA 94145-0547

Looper Reed & McGraw, P.C.
Thanksgiving Tower, Suite
1601 Elm Street, Suite 4100
Dallas, TX 75201

Lotz & Associates, LLP
1210 Nacogdoches Road
San Antonio, TX 78209

Lowes
P.O. Box 530970
Atlanta, GA 30353-0970

MC Pearson Lock & Key
P.O. Box 540009
Grand Prairie, TX 75054-0009

Mcconnaughhay, Duffy, Coonrod
P.O. Drawer 229
Tallahassee, FL 32302-0229

McGuire, Craddock and Strother, P.C.
500 N. Akard Street
Suite 3550
Dallas, TX 75201

Merrick, Hofstedt and Lindsey, P.S.
3101 Western Avenue
Suite 200
Seattle, WA 98121-3017

Mesa Logistics, LLC
Attention: John Hansen
P.O. Box 671152
Dallas, TX 75230


Metro Guard Termite and Pest Control
1100 W. Pipeline Road
Hurst, TX 76053


Michael J. Quilling
Quilling, Selander, Cummiskey & Lownds
2001 Bryan Street, Suite 1800
Dallas, TX 75201


National City (now part of PNC)
Attention: Quentin Szymansky
LOC #46-04-161
116 Allegheny Center
Pittsburgh, PA 15212


Nura Daaboul
5106 Independence Avenue
Arlington, TX 76017


Office Depot
P.O. Box 70001
Los Angeles, CA 90074-0001


Office Team
P.O. Box 60000
San Francisco, CA 94160-3484


Pearson Truck and Trailer Service Inc.
1213 Perry Street
Irving, TX 75060


People's Capital & Leasing Corp.
c/o Jeffrey G. Hamilton
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, TX 75202

Pitney Bowes Global Financial
P.O. Box 856460
Louisville, KY 40285-6450


Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


Protection One
4221 W. John Carpenter Frwy.
Irving, TX 75063


Recordkeeping and Consulting Co.
1431 Greenway Drive
Suite 350
Irving, TX 75038


Reed Construction Data
P.O. Box 2241
Carol Stream, IL 60132-2241


Regions
c/o Ronald R. Fuqua
Senior VP/Special Assets Texas
1111 W. Mockingbird Lane, 12th Floor
Dallas, TX 75247


Remote Dynamics, Inc.
P.O. Box 910143
Dallas, TX 75391-0143


Rmi Corporation
40 Darling Drive
Avon, CT 06001


Robert Half Management
P.O. Box 60000
San Francisco, CA 94160

Robert J. Ratner
General Counsel and VP
AFCO Credit Corporation
110 Williams Street, 29th Floor
New York, NY 10038-3901


S/L Financial Service Corp.
Attention: Roger Every
251 Riverside Avenue
Westport, CT 06888


Saab Financial
17500 Chenal Pkwy, Ste. 20
Little Rock, AR 72223


Scottsdale Insurance Co.
P.O. Box 4120
Scottsdale, AZ 85261


Sierra Equipment
8505 NW 29th Street
Miami, FL 33122


Snell and Wilmer
3883 Howard hughes Parkway
Suite 1100
Las Vegas, NV 89169


Southern Community Bank
1601 Bryan Street
Dallas, TX 75201


Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696


Steele Sturm, Pllc
1000 Louisiana
Suite 3780
Houston, TX 77002

Stewart and Stevenson Services, Inc.
P.O. Box 200441
Houston, TX 77216-0441

Sunbelt Rentals Payments
P.O. Box 409211
Atlanta, GA 30384-9211

Sure Green
P.O. Box 298
Mansfield, TX 76063

Systems & Services Technologies, inc.
P.O. Box 801997
Kansas City, MO 64180-1997

True to Form
9982 Monroe Drive
Suite 401
Dallas, TX 75220

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Wachovia (Wells Fargo)
File No. 55603
Los Angeles, CA 90074-5603

Westco Gas and Welding
P.O. Box 10546
Mobile, AL 36610

Zions Credit Corporation
Attention: Keely Bradshaw
One South Main Street, 5th Floor
Salt Lake City, UT 84133