
EXHIBIT
E

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| **Account No:** | 0 | | | | | ☐ | ☐ | ☐ | |
| **ABC Refrigeration** 3221 Channing Lane Bedford, TX 76021 | | 9/2/2009 | 1270 | VCH605416 | | | | | 1,295.46 |
| | | 9/17/2009 | 09/17/09-KL | VCH605415 | | | | | 6,400.00 |
| | | | | | **Total ABC Refrigeration** | | | | **$7,695.46** |
| **Account No:** 257517 | 0 | 8/31/2009 | 20827115 | VCH605377 | | ☐ | ☐ | ☐ | 82.20 |
| **Alamo Rent A Car** Bank Of America, Po Box 198154 Atlanta, GA 30384-8154 | | | | | | | | | |
| | | | | | **Total Alamo Rent A Car** | | | | **$82.20** |
| **Account No:** | 0 | 8/24/2009 | 061108-A | VCH605437 | | ☐ | ☐ | ☐ | 5,008.76 |
| **ALL AMERICAN COMMUNICATIONS** 6012 REEF POINT LANE, SUITE C Fort Worth, TX 76135 | | | | | | | | | |
| | | | | | **Total ALL AMERICAN COMMUNICATIONS** | | | | **$5,008.76** |
| **Account No:** | 0 | 5/18/2009 | 7230050 | VCH605160 | | ☐ | ☐ | ☐ | 715.53 |
| **AMDA Commercial Cleaning Services, Inc.** 3101 Esters Road Irving, TX 75062 | | | | | | | | | |
| | | | | | **Total AMDA Commercial Cleaning Services, Inc.** | | | | **$715.53** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| **Account No:** | 0 | | | | | ☐ | ☐ | ☐ | |
| **BAKER AND PATTERSON LLP** | | 4/29/2009 | 55947 | VCH605167 | | ☐ | ☐ | ☐ | 52.50 |
| 1004 PRAIRIE, STE 300 | | 4/29/2009 | 55948 | VCH605166 | | ☐ | ☐ | ☐ | 710.50 |
| Houston, TX 77002 | | 4/29/2009 | 55949 | VCH605165 | | ☐ | ☐ | ☐ | 2,731.52 |
| | | 7/15/2009 | 56457 | VCH605265 | | ☐ | ☐ | ☐ | 350.35 |
| | | 7/15/2009 | 56458 | VCH605266 | | ☐ | ☐ | ☐ | 110.00 |
| | | 7/15/2009 | 56459 | VCH605267 | | ☐ | ☐ | ☐ | 235.75 |
| | | 7/15/2009 | 56460 | VCH605268 | | ☐ | ☐ | ☐ | 566.70 |
| | | 7/15/2009 | 56461 | VCH605269 | | ☐ | ☐ | ☐ | 1,319.00 |
| | | 7/15/2009 | 56462 | VCH605270 | | ☐ | ☐ | ☐ | 659.00 |
| | | 7/15/2009 | 56463 | VCH605271 | | ☐ | ☐ | ☐ | 142.75 |
| | | | | **Total BAKER AND PATTERSON LLP** | | | | | **$6,878.07** |
| **Account No:** | 0 | 11/12/2008 | 54581 | VCH604543 | | ☐ | ☐ | ☐ | 467.00 |
| **B And D Binder And Indexes, Inc.** | | | | | | | | | |
| 2621 S Cooper | | | | | | | | | |
| Arlington, TX 76015 | | | | | | | | | |
| | | | | **Total B And D Binder And Indexes, Inc.** | | | | | **$467.00** |
| **Account No:** | 0 | 3/17/2009 | PETTYCASHREQ | VCH604579 | | ☐ | ☐ | ☐ | 1,000.00 |
| **BILL EDKINS** | | | | | | | | | |

In re:  LWL Management, L.L.C.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| Account No: | 0 ☐ | 2/23/2009 | 0309-RENT | VCH604511 | ☐ | ☐ | ☐ | 2,610.00 |
| | | | | **Total BILL EDKINS** | | | | **$1,000.00** |
| BRITTAN & COMPANY 4515 BALSAM STREET Las Vegas, NV 89108 | | | | | | | | |
| | | | | **Total BRITTAN & COMPANY** | | | | **$2,610.00** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| Account No: | 0 | | | | | ☐ | ☐ | ☐ | |
| **Burford And Ryburn, L.l.p.** 500 North Akard, Suite 3100 Dallas, TX 75201 | | 3/16/2009 | 115003 | VCH604897 | | ☐ | ☐ | ☐ | 260.44 |
| | | 3/16/2009 | 115005 | VCH604895 | | ☐ | ☐ | ☐ | 993.60 |
| | | 3/16/2009 | 115009 | VCH604891 | | ☐ | ☐ | ☐ | 1,762.71 |
| | | 3/17/2009 | 115041 | VCH604896 | | ☐ | ☐ | ☐ | 5,178.84 |
| | | 4/13/2009 | 115485 | VCH604898 | | ☐ | ☐ | ☐ | 1,733.90 |
| | | 4/13/2009 | 115486 | VCH604900 | | ☐ | ☐ | ☐ | 1,269.80 |
| | | 4/13/2009 | 115487 | VCH604899 | | ☐ | ☐ | ☐ | 43.22 |
| | | 5/13/2009 | 116085 | VCH604941 | | ☐ | ☐ | ☐ | 250.90 |
| | | 5/13/2009 | 116086 | VCH604939 | | ☐ | ☐ | ☐ | 1,815.28 |
| | | 5/13/2009 | 116087 | VCH604940 | | ☐ | ☐ | ☐ | 43.00 |
| | | 5/20/2009 | 116153 | VCH605197 | | ☐ | ☐ | ☐ | 816.30 |
| | | 6/9/2009 | 116504 | VCH605196 | | ☐ | ☐ | ☐ | 4,500.00 |
| | | 6/18/2009 | 116654 | VCH605195 | | ☐ | ☐ | ☐ | 129.00 |
| | | 6/18/2009 | 116655 | VCH605194 | | ☐ | ☐ | ☐ | 43.00 |
| | | 6/18/2009 | 116656 | VCH605193 | | ☐ | ☐ | ☐ | 397.67 |
| | | 6/18/2009 | 116657 | VCH605192 | | ☐ | ☐ | ☐ | 455.50 |
| | | 7/20/2009 | 117010 | VCH605191 | | ☐ | ☐ | ☐ | 623.90 |
| | | 7/20/2009 | 117011 | VCH605190 | | ☐ | ☐ | ☐ | 86.00 |
| | | 7/20/2009 | 117012 | VCH605189 | | ☐ | ☐ | ☐ | 22.50 |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| | ☐ | 7/20/2009 | 117013 | VCH605188 | | ☐ | ☐ | ☐ | 182.00 |
| | ☐ | 7/20/2009 | 117019 | VCH605187 | | ☐ | ☐ | ☐ | 2,272.27 |
| | ☐ | 7/20/2009 | 117020 | VCH605185 | | ☐ | ☐ | ☐ | 1,712.57 |
| | ☐ | 8/17/2009 | 117509 | VCH605292 | | ☐ | ☐ | ☐ | 951.94 |
| | ☐ | 8/17/2009 | 117510 | VCH605293 | | ☐ | ☐ | ☐ | 141.04 |
| | ☐ | 8/17/2009 | 117511 | VCH605294 | | ☐ | ☐ | ☐ | 1,892.53 |
| | ☐ | 8/18/2009 | 117529 | VCH605295 | | ☐ | ☐ | ☐ | 469.80 |
| | ☐ | 9/11/2009 | 117890 | VCH605394 | | ☐ | ☐ | ☐ | 1,204.00 |
| | ☐ | 9/11/2009 | 117891 | VCH605392 | | ☐ | ☐ | ☐ | 3,612.40 |
| | ☐ | 9/11/2009 | 117892 | VCH605393 | | ☐ | ☐ | ☐ | 387.00 |
| | ☐ | 9/15/2009 | 117961 | VCH605431 | | ☐ | ☐ | ☐ | 1,379.80 |

**Total Burford And Ryburn, L.l.p.**    **$34,630.91**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No: | 0 | 8/31/2009 | 9011412 | VCH605353 | | ☐ | ☐ | ☐ | 20.00 |

Capitol Corporate Services
P.o. Box 1831
Austin, TX 78767

**Total Capitol Corporate Services**    **$20.00**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| **Account No:** | 0 | | | | ☐ | ☐ | ☐ | |
| **Capital Services Inc.** 926 J Street, Suite 919 Sacramento, CA 95814 | | 11/10/2008 | AGENTFEES | VCH604053 | | | | 7,660.00 |
| | | | | *Total Capital Services Inc.* | | | | **$7,660.00** |
| **Account No:** | 0 | | | | ☐ | ☐ | ☐ | |
| **Commerce Bank** PO Box 846451 Kansas City, MO 64184-6451 | | 9/18/2009 | 0027-3214-091B | VCH605426 | | | | 46,504.99 |
| | | | | *Total Commerce Bank* | | | | **$46,504.99** |
| **Account No:** | 0 | | | | ☐ | ☐ | ☐ | |
| **Canon Financial Services, Inc.** 14904 Collections Center Drive Chicago, IL 60693-0149 | | 9/17/2009 | 0282231-002 SEPT0 | VCH605401 | ☐ | ☐ | ☐ | 339.31 |
| | | 9/17/2009 | 0282231-003 SEPT0 | VCH605402 | ☐ | ☐ | ☐ | 213.15 |
| | | 9/17/2009 | 0282231-004 SEPT0 | VCH605403 | ☐ | ☐ | ☐ | 346.40 |
| | | 9/17/2009 | 0282231-005 SEPT0 | VCH605404 | ☐ | ☐ | ☐ | 346.40 |
| | | 9/17/2009 | 0282231-006 SEPT0 | VCH605405 | ☐ | ☐ | ☐ | 156.96 |
| | | 9/17/2009 | 0282231-008 SEPT0 | VCH605406 | ☐ | ☐ | ☐ | 346.40 |
| | | 9/17/2009 | 0282231-009 SEPT0 | VCH605407 | ☐ | ☐ | ☐ | 346.40 |
| | | 9/17/2009 | 0282231-010 SEPT0 | VCH605408 | ☐ | ☐ | ☐ | 413.40 |
| | | 9/17/2009 | 9200006-SEPT09 | VCH605400 | ☐ | ☐ | ☐ | 1,354.33 |
| | | | | *Total Canon Financial Services, Inc.* | | | | **$3,862.75** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| Account No:                                   0 | ☐ | 8/17/2009 | 2231 | VCH605315 | ☐ | ☐ | ☐ | 90.00 |
| **Chicago Title Insurance Company** ATTN: KATHY SANDERSON, 220 WESTWAY PL Arlington, TX 76018 | | | | | | | | |
| | | | | **Total Chicago Title Insurance Company** | | | | **$90.00** |
| Account No:                                   0 | ☐ | 5/1/2009 | 81247 | VCH605325 | ☐ | ☐ | ☐ | 7,525.00 |
| **City Glass & Mirror, Inc.** 233 S.E. 14th Street Grand Prairie, TX 75051 | | | | | | | | |
| | | | | **Total City Glass & Mirror, Inc.** | | | | **$7,525.00** |
| Account No:                                   0 | ☐ | 6/30/2009 | 1133 | VCH605127 | ☐ | ☐ | ☐ | 7,047.08 |
| **Connect Systems** 11127 Shady Trail, Suite 103 Dallas, TX 75229 | | | | | | | | |
| | | | | **Total Connect Systems** | | | | **$7,047.08** |
| Account No:                                   0 | ☐ | 9/9/2009 | 8223 | VCH605380 | ☐ | ☐ | ☐ | 790.05 |
| **Dallas Building Maintenance** 2824 Valley View Lane, Suite 109 Dallas, TX 75234 | | | | | | | | |
| | | | | **Total Dallas Building Maintenance** | | | | **$790.05** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| Account No: 6011500049503157 | 0 | | | | ☐ | ☐ | ☐ | |
| | | 6/12/2009 | XD86X6M37 | VCH605435 | | | | 158.60 |
| **Dell Commercial Credit** | | 6/17/2009 | XD89N6764 | VCH605434 | | | | 69.81 |
| Dept 50-0049503157, Po Box 689020 | | | | | | | | |
| Des Moines, IA 50368-9020 | | | | | | | | |
| | | | | | | **Total Dell Commercial Credit** | | **$228.41** |
| Account No: | 0 | 9/17/2009 | 09/17/09-KL | VCH605418 | ☐ | ☐ | ☐ | 12,000.00 |
| **Delozier PLumbing Co.** | | | | | | | | |
| 2302 Randi Road | | | | | | | | |
| Rowlett, TX 75088 | | | | | | | | |
| | | | | | | **Total Delozier PLumbing Co.** | | **$12,000.00** |
| Account No: | 0 | 7/17/2009 | DEP00059 | 151447 | ☐ | ☐ | ☐ | -1,308.97 |
| **Dell Financial Services** | | | | | | | | |
| Payment Processing Center, Po Box 5292 | | | | | | | | |
| Carol Stream, IL 90197-5292 | | | | | | | | |
| | | | | | | **Total Dell Financial Services** | | **($1,308.97)** |
| Account No: | 0 | 5/27/2009 | 28408 | VCH605234 | ☐ | ☐ | ☐ | 1,235.70 |
| **Diversified Fire Protection, Inc.** | | | | | | | | |
| 5941 Midway Road | | | | | | | | |
| Fort Worth, TX 76117 | | | | | | | | |
| | | | | | | **Total Diversified Fire Protection, Inc.** | | **$1,235.70** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| Account No: | 0 | | | | | | | |
| **Fastenal Company** | | 6/2/2009 | TXDA326907 | VCH605217 | ☐ | ☐ | ☐ | 476.25 |
| P. O. Box 1286 | | 6/24/2009 | TXDA327320 | VCH605089 | ☐ | ☐ | ☐ | 155.40 |
| Winona, MN 55987-0978 | | | | | | | | |
| | | | | | | **Total Fastenal Company** | | **$631.65** |
| Account No: | 0 | 3/16/2009 | 3224236 | VCH604955 | ☐ | ☐ | ☐ | 118.47 |
| **FreightQuote.com, Inc.** | | | | | | | | |
| 16025 W. 113th Street | | | | | | | | |
| Lenexa, KS 66219 | | | | | | | | |
| | | | | | **Total FreightQuote.com, Inc.** | | | **$118.47** |
| Account No: | 0 | 6/25/2009 | 1159405568 | VCH605085 | ☐ | ☐ | ☐ | 39.40 |
| **Gk Dallas** | | 7/2/2009 | 1159411523 | VCH605083 | ☐ | ☐ | ☐ | 35.67 |
| P.o. Box 2131, 603 Airline Drive | | 7/9/2009 | 1159417447 | VCH605118 | ☐ | ☐ | ☐ | 35.67 |
| Coppell, TX 75019 | | 7/16/2009 | 1159423431 | VCH605117 | ☐ | ☐ | ☐ | 35.67 |
| | | 7/30/2009 | 1159435356 | VCH605201 | ☐ | ☐ | ☐ | 35.67 |
| | | | | | | **Total Gk Dallas** | | **$182.08** |
| Account No: | 0 | 6/8/2009 | 42379 | VCH605168 | ☐ | ☐ | ☐ | 206.50 |
| **Gordon G. Waggett** | | | | | | | | |
| 550 Westcott Street, Ste 350 | | | | | | | | |
| Houston, TX 77007 | | | | | | | | |
| | | | | | | **Total Gordon G. Waggett** | | **$206.50** |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| Account No: 827284654 | 0 ☐ | 8/14/2009 | 9056626360 | VCH605312 | | ☐ | ☐ | ☐ | 80.82 |
| **Grainger** Dept 827284654 Palatine, IL 60038-0001 | | | | | | | | | |
| | | | | | | | | **Total Grainger** | **$80.82** |
| Account No: | 0 ☐ | 6/26/2009 | 43536 | VCH605038 | | ☐ | ☐ | ☐ | 337.50 |
| **Independent Telephone Services, Inc.** 6 Walter Martin Road NE Fort Walton Beach, FL 32548 | | | | | | | | | |
| | | | | | | | **Total Independent Telephone Services, Inc.** | | **$337.50** |
| Account No: | 0 ☐ | 2/4/2009 | 632 | VCH605115 | | ☐ | ☐ | ☐ | 4,000.00 |
| **INTEGRATED ENGINEERING SOLUTIONS** 114 E. CEDAR AVENUE Crestview, FL 32536 | | | | | | | | | |
| | | | | | | | **Total INTEGRATED ENGINEERING SOLUTIONS** | | **$4,000.00** |
| Account No: | 0 ☐ | 4/30/2009 | AEW4156 | VCH604852 | | ☐ | ☐ | ☐ | 699.66 |
| **Iron Mountain** P.o. Box 915004 Dallas, TX 75391-5004 | | | | | | | | | |
| | | | | | | | | **Total Iron Mountain** | **$699.66** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| **Account No:** | 0 | | | | | | | |
| **Kelley Electric, Inc.** | | 6/29/2009 | 29106 | VCH605299 | ☐ | ☐ | ☐ | 5,917.11 |
| 209 Whitestone Way | | 7/21/2009 | 29106-2 | VCH605409 | ☐ | ☐ | ☐ | 902.27 |
| Weatherford, TX 76085 | | 7/21/2009 | 29116 | VCH605300 | ☐ | ☐ | ☐ | 1,544.81 |
| | | 8/12/2009 | 29140 | VCH605301 | ☐ | ☐ | ☐ | 698.43 |
| | | 8/28/2009 | 29145 | VCH605329 | ☐ | ☐ | ☐ | 584.99 |
| | | 8/31/2009 | 29160 | VCH605346 | ☐ | ☐ | ☐ | 1,675.00 |
| | | | | **Total Kelley Electric, Inc.** | | | | **$11,322.61** |
| **Account No:** | 0 | | | | | | | |
| **Kelley's Glass and Mirror, Inc.** | | 5/19/2009 | 3329 | VCH604956 | ☐ | ☐ | ☐ | 1,786.13 |
| 1220 Rock Island | | 6/3/2009 | 3372 | VCH605291 | ☐ | ☐ | ☐ | 1,023.50 |
| Irving, TX 75060 | | | | | | | | |
| | | | | **Total Kelley's Glass and Mirror, Inc.** | | | | **$2,809.63** |
| **Account No:** | 0 | | | | | | | |
| **Karey Koon, Cpa** | | 9/17/2009 | 091709-KL | VCH605410 | ☐ | ☐ | ☐ | 20,000.00 |
| P.o. Box 20546 | | | | | | | | |
| Waco, TX 76702-0546 | | | | | | | | |
| | | | | **Total Karey Koon, Cpa** | | | | **$20,000.00** |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| **Account No:** | 0 | | | | | | | | |
| **Lasercopy** | | 12/16/2008 | 78247 | VCH605231 | | ☐ | ☐ | ☐ | 372.43 |
| 625 N. Great Southwest Parkway | | 1/23/2009 | 78701 | VCH605230 | | ☐ | ☐ | ☐ | 58.32 |
| Arlington, TX 76011 | | 1/23/2009 | 78713 | VCH605229 | | ☐ | ☐ | ☐ | 264.93 |
| | | | | **Total Lasercopy** | | | | | **$695.68** |
| **Account No:** | 0 | | | | | | | | |
| **Littler Mendelson** | | 4/7/2009 | 3428166 | VCH605311 | | ☐ | ☐ | ☐ | 1,654.50 |
| P.o. Box 45547 | | 4/20/2009 | 3433088 | VCH604821 | | ☐ | ☐ | ☐ | 255.00 |
| San Francisco, CA 94145-0547 | | 5/11/2009 | 3439537 | VCH605162 | | ☐ | ☐ | ☐ | 2,382.36 |
| | | 6/16/2009 | 3451391 | VCH605163 | | ☐ | ☐ | ☐ | 6,559.82 |
| | | 7/20/2009 | 3461991 | VCH605153 | | ☐ | ☐ | ☐ | 1,603.01 |
| | | 8/17/2009 | 3470952 | VCH605303 | | ☐ | ☐ | ☐ | 2,321.71 |
| | | 9/17/2009 | 3481236 | VCH605427 | | ☐ | ☐ | ☐ | 12,932.65 |
| | | 9/24/2009 | 3483990 | VCH605448 | | ☐ | ☐ | ☐ | 15,145.27 |
| | | | | **Total Littler Mendelson** | | | | | **$42,854.32** |
| **Account No:** | 0 | | | | | | | | |
| **Looper Reed & McGraw, P.C.** | | 5/31/2009 | 254606 | VCH605178 | | ☐ | ☐ | ☐ | 8,998.80 |
| Thanksgiving Tower, 1601 Elm Street, Suite 4100 | | | | | | | | | |
| Dallas, TX 75201 | | | | | | | | | |
| | | | | **Total Looper Reed & McGraw, P.C.** | | | | | **$8,998.80** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| Account No: | 0 ☐ | | | | | ☐ | ☐ | ☐ | |
| **LOTZ & ASSOCIATES, L.L.P** 1210 NACOGDOCHES ROAD San Antonio, TX 78209 | | 9/4/2009 | 99100 | VCH605369 | | ☐ | ☐ | ☐ | 3,469.99 |
| | | 9/4/2009 | 99101 | VCH605368 | | ☐ | ☐ | ☐ | 3,388.93 |
| | | 10/6/2009 | 10550 | VCH605463 | | ☐ | ☐ | ☐ | 765.34 |
| | | | | | **Total LOTZ & ASSOCIATES, L.L.P** | | | | **$7,624.26** |
| Account No: | 0 ☐ | | | | | ☐ | ☐ | ☐ | |
| **Lowes** P.o. Box 530970 Atlanta, GA 30353-0970 | | 7/2/2009 | 0370109-070209 | VCH605091 | | ☐ | ☐ | ☐ | 3,311.10 |
| | | 8/2/2009 | 037010-9-080209 | VCH605255 | | ☐ | ☐ | ☐ | 4,557.09 |
| | | 9/2/2009 | 31440370109-09020 9 | VCH605372 | | ☐ | ☐ | ☐ | 168.47 |
| | | 9/17/2009 | 09/17/09-KL | VCH605414 | | ☐ | ☐ | ☐ | 10,000.00 |
| | | | | | **Total Lowes** | | | | **$18,036.66** |
| Account No: | 0 ☐ | | | | | ☐ | ☐ | ☐ | |
| **Marco Gutierrez** | | 9/17/2009 | 09/17/09-KL | VCH605413 | | ☐ | ☐ | ☐ | 10,000.00 |
| | | | | | **Total Marco Gutierrez** | | | | **$10,000.00** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| Account No: | 0 | | | | ☐ | ☐ | ☐ | |
| **Mcconnaughhay, Duffy, Coonrod** P.o. Drawer 229, 1709 Hermitage Blvd. No 200 Tallahassee, FL 32302-0229 | | 4/30/2009 | 125844 PSM | VCH605140 | ☐ | ☐ | ☐ | 2,473.62 |
| | | 5/31/2009 | 126521 SL | VCH605113 | ☐ | ☐ | ☐ | 41.59 |
| | | 5/31/2009 | 126563 PSM | VCH605112 | ☐ | ☐ | ☐ | 2,376.55 |
| | | 6/30/2009 | 127300 | VCH605110 | ☐ | ☐ | ☐ | 2,999.87 |
| | | 6/30/2009 | 127303 | VCH605109 | ☐ | ☐ | ☐ | 20.00 |
| | | 6/30/2009 | 127332 | VCH605111 | ☐ | ☐ | ☐ | 522.06 |
| | | 7/31/2009 | 128529 SL | VCH605276 | ☐ | ☐ | ☐ | 1,459.00 |
| | | 8/13/2009 | 128582 PSM | VCH605274 | ☐ | ☐ | ☐ | 200.00 |
| | | | | **Total Mcconnaughhay, Duffy, Coonrod** | | | | **$10,092.69** |
| Account No: | 0 | | | | ☐ | ☐ | ☐ | |
| **Mcguire, Craddock And Strother, P.c.** 500 N Akard Suite 3550 Dallas, TX 75201 | | 3/31/2009 | 91521 | VCH604889 | ☐ | ☐ | ☐ | 3,814.45 |
| | | 3/31/2009 | 91532 | VCH604890 | ☐ | ☐ | ☐ | 5,049.28 |
| | | 4/30/2009 | 91943 | VCH604880 | ☐ | ☐ | ☐ | 3,419.45 |
| | | 4/30/2009 | 91969 | VCH604879 | ☐ | ☐ | ☐ | 3,072.72 |
| | | 5/31/2009 | 92259 | VCH605171 | ☐ | ☐ | ☐ | 1,820.66 |
| | | 5/31/2009 | 92270 | VCH605169 | ☐ | ☐ | ☐ | 8,825.41 |
| | | 8/3/2009 | 93507 | VCH605430 | ☐ | ☐ | ☐ | 193.50 |
| | | 8/3/2009 | 93508 | VCH605429 | ☐ | ☐ | ☐ | 1,224.22 |
| | | | | **Total Mcguire, Craddock And Strother, P.c.** | | | | **$27,419.69** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| **Account No:** | 0 | | | | | | | |
| **Merrick, Hofstedt And Lindsey, P.s.** 3101 Western Avenue, Ste 200 Seattle, WA 98121-3017 | | 5/13/2006 | 67189 | VCH605181 | ☐ | ☐ | ☐ | 1,406.20 |
| | | 2/10/2009 | 65961 | VCH604692 | ☐ | ☐ | ☐ | 1,138.80 |
| | | 4/9/2009 | 66752 | VCH605273 | ☐ | ☐ | ☐ | 3,041.60 |
| | | 6/11/2009 | 67528 | VCH605179 | ☐ | ☐ | ☐ | 3,037.20 |
| | | 7/9/2009 | 67855 | VCH605180 | ☐ | ☐ | ☐ | 18,606.80 |
| | | 8/12/2009 | 68230 | VCH605281 | ☐ | ☐ | ☐ | 14,819.80 |
| | | 9/9/2009 | 68607 | VCH605384 | ☐ | ☐ | ☐ | 2,386.60 |
| | | | | **Total Merrick, Hofstedt And Lindsey, P.s.** | | | | **$44,437.00** |
| **Account No:** | 0 | 6/2/2009 | 01-0633388 | VCH605254 | ☐ | ☐ | ☐ | 974.25 |
| **Metro Guard Termite And Pest Control** 1100 W Pipeline Rd Hurst, TX 76053 | | 9/3/2009 | 090309 | VCH605371 | ☐ | ☐ | ☐ | 974.25 |
| | | | | **Total Metro Guard Termite And Pest Control** | | | | **$1,948.50** |
| **Account No:** | 0 | 9/17/2009 | 091709-KM | VCH605411 | ☐ | ☐ | ☐ | 50,000.00 |
| **Munsch Hardt Kopf and Harr, P.C.** 3800 Lincoln Plaza, 500 N. Akard Street Dallas, TX 75201 | | | | | | | | |
| | | | | **Total Munsch Hardt Kopf and Harr, P.C.** | | | | **$50,000.00** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | | | | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | Contingent | Unliquidated | Disputed | | |
| Account No: | 0 | 6/2/2009 | 476250067-001 | VCH605042 | ☐ | ☐ | ☐ | | 255.96 |
| **Office Depot** | | 6/16/2009 | 477704080-001 | VCH605065 | ☐ | ☐ | ☐ | | 28.49 |
| Po Box 70001 | | 8/5/2009 | 483484825001 | VCH605260 | ☐ | ☐ | ☐ | | 30.09 |
| Los Angeles, CA 90074-0001 | | 8/12/2009 | 484353824001 | VCH605313 | ☐ | ☐ | ☐ | | 115.88 |
| | | | | | | | | **Total Office Depot** | **$430.42** |
| Account No: | 0 | 2/3/2009 | 23242689 | VCH604907 | ☐ | ☐ | ☐ | | 745.31 |
| **Office Team** | | 2/9/2009 | 23252437 | VCH604906 | ☐ | ☐ | ☐ | | 150.00 |
| File 73484, P O Box 60000 | | | | | | | | | |
| San Francisco, CA 94160-3484 | | | | | | | | | |
| | | | | | | | | **Total Office Team** | **$895.31** |
| Account No: 7411847 | 0 | 9/3/2009 | 7411847-090309 | VCH605374 | ☐ | ☐ | ☐ | | 2.99 |
| **Pitney Bowes Global Financial** | | 9/3/2009 | 7411847-AU09 | VCH605373 | ☐ | ☐ | ☐ | | 1,211.61 |
| Services Ltc., P.o. Box 856460 | | 9/3/2009 | 7411847-AUG09 | VCH605354 | ☐ | ☐ | ☐ | | 1,211.61 |
| Louisville, KY 40285-6450 | | | | | | | | | |
| | | | | | | | | **Total Pitney Bowes Global Financial** | **$2,426.21** |
| Account No: 8000-9000-0620-9294 | 0 | 9/18/2009 | | JM0931 | ☐ | ☐ | ☐ | | |
| **Pitney Bowes Purchase Power** | | | | | | | | | |
| Po Box 856042 | | | | | | | | | |
| Louisville, KY 40285-6042 | | | | | | | | | |
| | | | | | | | | **Total Pitney Bowes Purchase Power** | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| **Account No:** | 0 | | | | ☐ | ☐ | ☐ | |
| **MC Pearson Lock & Key** | | 3/31/2009 | 7546 | VCH604657 | | | | 43.84 |
| PO Box 540009 | | | | | | | | |
| Grand Prairie, TX 75054-0009 | | | | | | | | |
| | | | | **Total MC Pearson Lock & Key** | | | | **$43.84** |
| **Account No:** | 0 | 1/8/2009 | KEYS | VCH604320 | ☐ | ☐ | ☐ | 43.84 |
| **Pearson Truck And Trailer Service Inc** | | | | | | | | |
| 1213 Perry Street | | | | | | | | |
| Irving, TX 75060 | | | | | | | | |
| | | | | **Total Pearson Truck And Trailer Service Inc** | | | | **$43.84** |
| **Account No:** 1144444429 | 0 | 5/18/2009 | 5/18/09 4429 | VCH605036 | ☐ | ☐ | ☐ | 41.65 |
| **Protection One** | | 6/10/2009 | 32918096 | VCH605062 | ☐ | ☐ | ☐ | 248.98 |
| , Po Box 5714 | | 6/16/2009 | 1144444429 | VCH605061 | ☐ | ☐ | ☐ | 41.65 |
| Carol Stream, IL 60197-5714 | | 7/16/2009 | 1144444429-071609 | VCH604670 | ☐ | ☐ | ☐ | 43.73 |
| | | 8/17/2009 | 1144444429-081709 | VCH605314 | ☐ | ☐ | ☐ | 43.73 |
| | | 9/17/2009 | 1144444429-091709 | VCH605421 | ☐ | ☐ | ☐ | 43.73 |
| | | | | **Total Protection One** | | | | **$463.47** |
| **Account No:** | 0 | 9/24/2009 | 0620-9294-092 | VCH605458 | ☐ | ☐ | ☐ | 600.00 |
| **Purchase Power** | | | | | | | | |
| Po Box 856042 | | | | | | | | |
| Louisville, KY 40285-6042 | | | | | | | | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| | | | | **Total Purchase Power** | | | | **$600.00** |
| Account No: | 0 ☐ | 9/17/2009 | 09/17/09-KL | VCH605417 | ☐ | ☐ | ☐ | 5,000.00 |
| Quality Floors Contract, Inc. 1225 Tappan Circle Carrollton, TX 75006-6911 | | | | | | | | |
| | | | | **Total Quality Floors Contract, Inc.** | | | | **$5,000.00** |
| Account No: | 0 ☐ | 4/21/2009 | 042109 | VCH604763 | ☐ | ☐ | ☐ | 195.50 |
| Recordkeeping And Consulting Co 1431 Greenway Drive, Suite 350 Irving, TX 75038 | | 6/22/2009 | 062209 | VCH605248 | ☐ | ☐ | ☐ | 1,300.00 |
| | ☐ | 8/11/2009 | 081109 | VCH605277 | ☐ | ☐ | ☐ | 399.50 |
| | | | | **Total Recordkeeping And Consulting Co** | | | | **$1,895.00** |
| Account No: | 0 ☐ | 6/3/2009 | 193729 | VCH605134 | ☐ | ☐ | ☐ | 768.20 |
| Reed Construction Data P.o. Box 2241 Carol Stream, IL 60132-2241 | | | | | | | | |
| | | | | **Total Reed Construction Data** | | | | **$768.20** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| Account No: | 0 | | | | | | | | |
| **R. E. Mcelroy, Llc** 3609 Smith Barry Road, Suite 100 Arlington, TX 76013 | | 10/6/2009 | L20 | VCH605472 | | ☐ | ☐ | ☐ | 3,350.00 |
| | | 10/6/2009 | L20A | VCH605473 | | ☐ | ☐ | ☐ | 950.00 |
| | | 10/6/2009 | L20B | VCH605474 | | ☐ | ☐ | ☐ | 100.00 |
| | | 10/6/2009 | L20C | VCH605475 | | ☐ | ☐ | ☐ | 3,725.00 |
| | | 10/6/2009 | L20D | VCH605476 | | ☐ | ☐ | ☐ | 475.00 |
| | | 10/6/2009 | L20E | VCH605477 | | ☐ | ☐ | ☐ | 375.00 |
| | | | | | | | **Total R. E. Mcelroy, Llc** | | **$8,975.00** |
| Account No: | 0 | | | | | | | | |
| **Rmi Corporation** 40 Darling Drive Avon, CT 06001 | | 8/20/2009 | RAI010306 | VCH605330 | | ☐ | ☐ | ☐ | 1,625.00 |
| | | | | | | | **Total Rmi Corporation** | | **$1,625.00** |
| Account No: | 0 | | | | | | | | |
| **Robert Half Management** P O Box 60000 San Francisco, CA 94160-3484 | | 4/10/2009 | 23546247 | VCH604711 | | ☐ | ☐ | ☐ | 12,400.00 |
| | | | | | | | **Total Robert Half Management** | | **$12,400.00** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| Account No: | 0 | 3/31/2009 | 488507 | VCH605395 | | ☐ | ☐ | ☐ | 950.34 |
| **SNELL AND WILMER** | | 3/31/2009 | 56227 | VCH604858 | | ☐ | ☐ | ☐ | 5,904.00 |
| 3883 HOWARD HUGHES PARKWAY, SUITE 1100 | | 6/9/2009 | 56227-060909 | VCH605173 | | ☐ | ☐ | ☐ | 951.14 |
| Las Vegas, NV 89169 | | | | | | | | | |
| | | | | | **Total SNELL AND WILMER** | | | | **$7,805.48** |
| Account No: | 0 | 6/30/2009 | 25023839 | VCH605101 | | ☐ | ☐ | ☐ | 13,672.38 |
| **Systems & Services Technologies, Inc.** | | | | | | | | | |
| P.O. Box 801997 | | | | | | | | | |
| Kansas City, MO 64180-1997 | | | | | | | | | |
| | | | | | **Total Systems & Services Technologies, Inc.** | | | | **$13,672.38** |
| Account No: | 0 | 7/18/2009 | 8013025067 | VCH605143 | | ☐ | ☐ | ☐ | 243.67 |
| **Staples Business Advantage** | | 8/22/2009 | 8013301280 | VCH605345 | | ☐ | ☐ | ☐ | 191.23 |
| Dept Dal3368, P.o. Box 83689 | | 9/12/2009 | 8013473560 | VCH605419 | | ☐ | ☐ | ☐ | 253.28 |
| Chicago, IL 60696 | | | | | | | | | |
| | | | | | **Total Staples Business Advantage** | | | | **$688.18** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | | |
| **Account No:** | 0 | | | | | | | | |
| **Steele Sturm, Pllc** 1000 Louisiana Suite 3780 Houston, TX 77002 | | | | | | | | | |
| | | 4/15/2009 | 1075 | VCH605183 | | ☐ | ☐ | ☐ | 108,180.49 |
| | | 4/15/2009 | 1076 | VCH605182 | | ☐ | ☐ | ☐ | 6,797.74 |
| | | 5/15/2009 | 1087 | VCH604937 | | ☐ | ☐ | ☐ | 41,008.67 |
| | | 5/15/2009 | 1088 | VCH604938 | | ☐ | ☐ | ☐ | 6,972.50 |
| | | 6/15/2009 | 1134 | VCH605177 | | ☐ | ☐ | ☐ | 20,014.46 |
| | | 7/31/2009 | 1147B | VCH605383 | | ☐ | ☐ | ☐ | 6,373.47 |
| | | 7/31/2009 | 1148 | VCH605386 | | ☐ | ☐ | ☐ | 148.70 |
| | | 7/31/2009 | 1148 B | VCH605387 | | ☐ | ☐ | ☐ | 184.70 |
| | | | | | | **Total Steele Sturm, Pllc** | | | **$189,680.73** |
| **Account No:** 202645 | 0 | | | | | | | | |
| **Stewart And Stevenson Services Inc** Po Box 200441 Houston, TX 77216-0441 | | | | | | | | | |
| | | 9/14/2009 | 3921950RI | VCH605385 | | ☐ | ☐ | ☐ | 12.18 |
| | | | | | | **Total Stewart And Stevenson Services Inc** | | | **$12.18** |
| **Account No:** | 0 | | | | | | | | |
| **Sunbelt Rentals Payments** P.o. Box 409211 Atlanta, GA 30384-9211 | | | | | | | | | |
| | | 3/24/2009 | 18899405-004 | VCH604801 | | ☐ | ☐ | ☐ | 2,543.85 |
| | | | | | | **Total Sunbelt Rentals Payments** | | | **$2,543.85** |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| **Account No:** | 0 | 9/7/2009 | 8363 | VCH605420 | ☐ | ☐ | | 121.90 |
| **Suncoast Security Inc** 386 South Main Street Crestview, FL 32536 | | | | | | | | |
| | | | | **Total Suncoast Security Inc** | | | | **$121.90** |
| **Account No:** | 0 | 8/3/2009 | 20728-1 | VCH605239 | ☐ | ☐ | ☐ | 253.85 |
| **True To Form** 9982 Monroe Drive, Suite 401 Dallas, TX 75220 | | 8/3/2009 | 20728-4 | VCH605336 | ☐ | ☐ | ☐ | 253.85 |
| | | 8/11/2009 | 20742-1 | VCH605339 | ☐ | ☐ | ☐ | 253.85 |
| | | 8/11/2009 | 20742-2 | VCH605338 | ☐ | ☐ | ☐ | 253.85 |
| | | 8/11/2009 | 20742-3 | VCH605337 | ☐ | ☐ | ☐ | 253.85 |
| | | 8/25/2009 | 20742-4 | VCH605340 | ☐ | ☐ | ☐ | 235.05 |
| | | 8/25/2009 | 20742-5 | VCH605342 | ☐ | ☐ | ☐ | 296.98 |
| | | 8/25/2009 | 20742-6 | VCH605341 | ☐ | ☐ | ☐ | 235.05 |
| | | 8/25/2009 | 20742-7 | VCH605344 | ☐ | ☐ | ☐ | 296.98 |
| | | 8/25/2009 | 20742-8 | VCH605343 | ☐ | ☐ | ☐ | 296.98 |
| | | | | **Total True To Form** | | | | **$2,630.29** |
| **Account No:** | 0 | 4/29/2009 | 27525939 | VCH604815 | ☐ | ☐ | ☐ | 226.80 |
| **Uline** Accounts Receivable, 2200 S. Lakeside Drive Waukegan, IL 60085 | | 5/1/2009 | 27567042-1 | VCH604865 | ☐ | ☐ | ☐ | 250.67 |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name, Mailing Address, Including Zip Code and Account Number | CoDebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Date | Vendor Invoice No | Voucher No | | | | |
| Account No: 212831 | 0 | 7/31/2009 | 2634000 | VCH605249 | | | | 239.60 |
| Wesco Gas And Welding<br>Po Box 10546<br>Prichard, AL 36610 | | | | | | | | |
| | | | | Total Uline | | | | **$477.47** |
| | | | | Total Wesco Gas And Welding | | | | **$239.60** |
| Account No: | 0 | 5/20/2008 | 67648 | VCH605461 | | | | 1,045.00 |
| Wireless Watchdog<br>5800 Hannum Ave. "B"<br>Culver City, CA 90230 | | | | | | | | |
| | | | | Total Wireless Watchdog | | | | **$1,045.00** |

**Total:**    $661,722.81