# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

LWL Management, LLC

Case No.: 09-45786

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐ is the first mail matrix in this case.

☒ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: October 22, 2009

/s/ Kevin Messenger
Kevin Messenger/Chief Operating Officer
Signer/Title

Date: October 22, 2009

/s/ Davor Rukavina
Signature of Attorney
Davor Rukavina, Esq. 24030781
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Dallas, TX 75201
214-855-7500   Fax: 214-978-5359

75-2797513
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

ABC Refrigeration
3221 Channing Lane
Bedford, TX 76021


All American Communications
6012 Reef Point Lane, Suite C
Fort Worth, TX 76135


Alter Moneta Corporation
50 Lakefront Blvd., Suite 208
Buffalo, NY 14202


American Bank of Texas
2011 Texoma Parkway
Sherman, TX 75090


Bank of America Leasing & Capital, LLC
2059 Northlake Parkway, 4th Floor South
Tucker, GA 30084


Brittan & Company
4515 Balsam Street
Las Vegas, NV 89108


Canon Financial Services
15004 Collections Center Drive
Chicago, IL 60693


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Center Capital Corporation
3 Farm Glen Boulevard
Farmington, CT 06032

Chicago Title Insurance Co.
Attn: Kathy Sanderson
220 Westway Place
Arlington, TX 76018


Cisco Systems Capital
1111 Old Eagle School Road
Wayne, PA 19087


Clark County Assessor's Office
Government Center
500 S. Grand Central Parkway
Las Vegas, NV 89155-1401


Commerce Bank
P.O. Box 846451
Kansas City, MO 64184-6451


Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Dallas County Tax Collector
P.O. Box 139033
Dallas, TX 75313-9033


Dell Commercial Credit
P.O. Box 689020
Des Moines, IA 50368-9020


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 90197


Delozier Plumbing Co.
2302 Randi Road
Rowlett, TX 75088

Diversified Fire Protection
5941 Midway Road
Fort Worth, TX 76117


Employment Security Department
P.O. Box 9046
Olympia, WA 98507


FCC Equipment Financing, Inc.
P.O. Box 56347
Jacksonville, FL 32241-6347


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45202


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


Florida Dept. of Financial Services
Division of Workers' Compensation
200 East Gaines Street
Tallahassee, FL 32399-0300


Florida Dept. of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0300


Frost National Bank
P.O. Box 1600
San Antonio, TX 78296


GE Capital
16479 Dallas Parkway #300
Addison, TX 75001

GK Dallas
603 Airline Drive
P.O. Box 2131
Coppell, TX 75019


Great White Transportation, LLC


Great White Transportation, LLC
1829 Shady Grove Road
Grand Prairie, TX 75050


Hardrock Machine Shop, L.L.C.


Hardrock Machine Shop, L.L.C.
1829 Shady Grove Road
Grand Prairie, TX 75050


Hardrock Road Properties, L.P.
1829 Shady Grove Road
Grand Prairie, TX 75050


Harris County Tax Office
P.O. Box 4663
Houston, TX 77210-4663


Internal Revenue Service
Cincinnati, OH 45999-0150


Internal Revenue Service
Kansas City, MO 64999-0202

Internal Revenue Service  
Ogden, UT 84201-0010

Internal Revenue Services  
Special Procedures - Insolvency  
P.O. Box 21126  
Philadelphia, PA 19114

K. Kyle Lewis  
c/o Lewis Equipment Company, LLC  
1829 West Shady Grove Rd.  
Grand Prairie, TX 75050

K. Kyle Lewis Trust I

K. Kyle Lewis Trust III

Karey Koone, CPA  
P.O. Box 20546  
Waco, TX 76702-0546

Kevin Messenger

Key Equipment Finance Inc.  
66 South Pearl Street  
Albany, NY 12207

Key Equipment Finance Inc.  
1000 S. McCaslin Boulevard  
Superior, CO 80027

Key Equipment Finance, Inc.
11030 Circle Point Road, 2nd Floor
Westminster, CO 80020


Kyle Lewis
c/o Lewis Equipment Company, LLC
1829 West Shady Grove Rd.
Grand Prairie, TX 75050


Lewis Crane & Hoist, LLC


Lewis Crane & Hoist, LLC
1829 Shady Grove Road
Grand Prairie, TX 75050


Lewis Crane of Dallas, L.P.


Lewis Crane of Florida, L.P.


Lewis Crane of Houston, L.P.


Lewis Crane of Nevada, L.P.


Lewis Equipment Company, L.P.

Lewis Equipment Company, LLC


Lewis Equipment Company, LLC
1829 Shady Grove Road
Grand Prairie, TX 75050


Logan Wade Lewis, Inc.


McConnaughhay, Duffy, Coonrod
P.O. Drawer 229
1709 Hermitage Boulevard, #200
Tallahassee, FL 32302-0229


National City Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203


Nevada Department of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706


Nevada Dept. of Business and Industry
Workers' Compensation Section
400 West King Street, Suite 400
Carson City, NV 89703


Nye County Treasurer's Office
P.O. Box 473
Tonopah, NV 89049


Okaloosa County Tax Collector
P.O. Box 1390
Niceville, FL 32588

People's Capital and Leasing Corp.
255 Banj Street, 4th Floor
Waterbury, CT 06702


People's Capital and Leasing Corp.
255 Bank Street, 4th Floor
Waterbury, CT 06702


Pierce County Assessor-Treasurer
2401 S. 35th Street, Room 142
Tacoma, WA 98409


Protection One
P.O. Box 5714
Carol Stream, IL 60197-5714


Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


Quality Floors Contract, Inc.
1225 Tappan Circle
Carrollton, TX 75006-6911


R.E. McElroy, LLC
3609 Smith Barry Road, Suite 100
Arlington, TX 76013


Regions Equipment Finance Corporation
1900 5th Avenue North
Birmingham, AL 35203


Rock Island Rigging, LLC

Rock Island Rigging, LLC
1829 Shady Grove Road
Grand Prairie, TX 75050

Scottsdale Insurance Co.
8877 N. Gainey Center Drive
P.O. Box 4120
Scottsdale, AZ 85258

See Attached Exhibit F

SL Financial Services Corporation
251 Riverside Avenue
Westport, CT 06880

Southern Community Bank
P.O. Box 142069
Fayetteville, GA 30214

Suncoast Security Inc.
386 South Main Street
Crestview, FL 32536

Tarrant County Tax Assessor/Collector
100 E. Weatherford
Fort Worth, TX 76196

Thomas Reprographics
P.O. Box 740967
Dallas, TX 75374-0967

Wachovia Financial Services, Inc.
One Wachovia Center
301 S. College Street, 18th Floor
Charlotte, NC 28288

Washington State
Department of Revenue
P.O. Box 47460
Olympia, WA 98504-7460


Washington State District Tax Office
Skagit County
P.O. Box 978
Bellingham, WA 98227


Washington State District Tax Office
Pierce County
1301 Tacoma Avenue South
Tacoma, WA 98402


White's Specialized Transportation


Wireless Watchdog
5800 Hannum Avenue B
Culver City, CA 90230


Zions Credit Corporation
310 S Main, Suite 1300
Salt Lake City, UT 84101